**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | CHAPTER 13 |
| ) | |
| Wilbert Bates ) | |
| ) | |
| ) | CASE NO.07-31260 |
| Debtor(s). ) | |

**Objection to Claim 8 of Nationstar Mortgage**

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

COME NOW the Debtors, by and through attorney, and hereby file an objection to the Objection to **Claim 8 of Nationstar Mortgage** and as grounds for said Objection will state as follows:

1. On, to wit, the 23rd day of August, 2007, the Debtor filed a chapter 13 case listing **Nationstar Mortgage** as a creditor.

2. The creditor filed a proof of claim in the above styled cause of action on September 7, 2007, said claim being filed as a secured claim based upon a a mortgage deficiency. Subsequent to that time there was a conditional denial of a motion for relief from stay that amended the claim to $5,407.80, although the amended claim has never been filed.

3. Since that time, the Debtor has received an adjustment form the VA, which restores most of his VA check and caught up his VA benefits. The Debtor tendered to the mortgage company the sum of $3544.00 and later tendered the July payment. The creditor has not filed the amended claim, but with the payment the claim 8 should be

reduced to $1863.80, with the next payment being due in August, 2009.

    4. This claim is due to be reduced to $1863.80.

WHEREFORE, the premises considered, the Debtors object to **Claim 8 of Nationstar Mortgage and request that the claim be reduced to $1863.80.**

    DONE this day: July 21, 2009.

    /s/Richard D. Shinbaum  
    Richard D. Shinbaum  
    Attorney for the Debtor

Of Counsel:

Shinbaum, Abell, McLeod and Vann, P.C.  
Post Office Box 201  
Montgomery, Alabama 36101  
(334) 269-4440

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: July 21, 2009.

Hon. Curtis C. Reding  
Trustee in Chapter 13  
P.O. Box 173  
Montgomery, Alabama 36101

Nationstar Mortgage  
350 Highland Dr.  
Lewisville, TX 75067-4177

GMAC MORTGAGE CORPORATION  
1100 VIRGINIA DRIVE  
FORT WASHINGTON, PA 19034

Susannah Walker  
Sirote & Permutt  
P.O. Box 55887  
Birmingham, AL 35255-5887

    /s/ Richard D. Shinbaum  
    Richard D. Shinbaum